UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 08684
  PATRICIA J NILLES
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-5762
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/05/04 and confirmed on 05/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 18692.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED | 4300.57 | 249.22 | 4300.57 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 1302.99 | .00 | 1302.99 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 469.73 | .00 | 465.28 |
| DIRECT MERCHANTS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5946.32 | .00 | 5889.92 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4141.19 | .00 | 4101.91 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5603.56 | .00 | 10557.24 | .00 | 16160.80 |
| PRINCIPAL PAID | 5603.56 | .00 | 10457.11 | .00 | 16060.67 |
| INTEREST PAID | 249.22 | .00 | .00 | .00 | 249.22 |
| TOTAL PAID | 5852.78 | .00 | 10457.11 | .00 | 16309.89 |

The Debtor's attorney, COSTELLO & COSTELLO           , was allowed $  2200.00 and was paid $   615.00  direct and $   1585.00  through the plan.

The Trustee received $    777.11 .

Refunds to the Debtor totaled $     20.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/11/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 08684 PATRICIA J NILLES